FILED

2006 Aug-02  AM 10:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

2006 AUG -1  PM 12: 34

J.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number: _198098_

_Betty Mae Shipp_

(Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

_Shawn Smith / Autauga
County SD, and
Phillip Taylor / State Trooper_

(Enter above full name(s) of the defendant(s)
in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

CV-06-RRA-1500-S

## I.    Previous lawsuits

**A.**    Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )          No ( X )

**B.**    If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s):    _Not applicable_

Defendant(s):    _Not applicable_

2.   Court (if Federal Court, name the district; if State Court, name the county)

Not applicable

3.   Docket number   Not applicable

4.   Name of judge to whom case was assigned   Not applicable

5.   Disposition (for example: Was the case dismissed?   Was it appealed?   Is it still pending?)

Not applicable

6.   Approximate date of filing lawsuit   Not applicable

7.   Approximate date of disposition   Not applicable

II.   **Place of present confinement**   Tutwiler Prison

A.   Is there a prisoner grievance procedure in this institution?
Yes   (   )          No   ( — )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes   (   )          No   ( — )

C.   If your answer is YES:

1.   What steps did you take?   _____

_____

2.   What was the result?   _____

_____

D.   If your answer is NO, explain why not?   Because It happened, while I was being detained, and any relief was refused by these officers, due a conflict of intrest, and they being the defendants.

2

III.   **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.   Name of plaintiff(s)  Betty Mae Shipp (198098) D-9

Address  8966 US Hwy 231
Wetumpka, AL 36092

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant  Shawn Smith

is employed as  Autuagua County Deputy Sheriff

at

C.   Additional Defendants  Phillip Taylor
Autuagua County State Trooper

IV.   **Statement of Claim**

State here, as briefly as possible, the FACTS of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets, if necessary.

On 12-30-05, I was in preparations to commit suicide, when I flipped my car, on I05, in the pratville area. Well, due to the fact I did not

sucessed, I was aware that I had to report, said incident. While standing on side of road, a group of Lations stopped to administer assistance, so I though; nonetheless, I was raped by them, and dropped off in Verbena, AL,

V.    **RELIEF**                                    Continued →

State briefly <u>exactly</u> what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I feel due to these officers refusing me medical help, after being in a wreck, and raped, they should be brought to justice. I also feel sexually assualted by officer Smith. Verbally assualted by both, and prejudieed against because of conficts of intrest.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/27/06___.

_____

_____

_____

_____Betty Mae. Slipp_____
                **Signature(s)**

4

Statement of Claim

Continued →

when I entered service station, I asked could I use phone. The attendant looked reluctant, so I remember seeing that my money, was still on me, I offered to pay; I explained that I needed help, and was in the process, of giving the go ahead to dial 911, when this officer Shawn Smith arrived. He called me too him, and begun by asking my name. I replied Betty Shipp, and before I could get anything out of my mouth, he said, did you just wreck your vehicle? I said "No, I mean I was trying to commit suiside, when a group of Lationals, raped me." He said "Stop Lying, dont you remember me?" and went on to state he had work on a case, I was involved in as a child. So he started by rubbing my breast (officer Shawn Smith), and then going inside, my pockets, claiming to have found something, he latter Identified as cocaine and marijuana. It did not look at All as if it, was found on me, but produced by him. Well, at about

Statement of Claim                                          Page 2

the same time, Officer Taylor, arrive
he said don't you remember, the case
with flecter on Terminal Rd in Montgomery,
They reminiced about how the worked
on my case, and begun verbally harass
me, by calling me stupid whore, and
niger, and said, "oh we gone get you
locked right back-up. I kept asking
to please go to the hospital, because my
head hurt, and I had just been raped.
He at the time shoved me into the
police car, gets in, and begans by
calling me niger and whore. They
stop in pratville, at the point where
vehicle flipped, and asks me to walk
a line. I did, then attempt to make
me blow in a tube, I couldn't even
catch a breath, let alone, breathe in
it. They she's drunk, drive me
to jail, and continues the harassment.
I keep asking for a lawyer, they
say whores dont get lawyers. I
ask again, to go to hospital, and
was refused. This is about the
whole incident, as I can remember.