**FOR USE BY INCARCERATED PERSONS**

2006 AUG -1 PM 12:34

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

CV-06-RRA-1500-S

**APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: Betty Mae Shipp (198098)
   Present mailing address: 8966 US Hwy 231
   Wetumpka, AL 36092

2. Are you presently employed?        Yes ____  No X

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   Not applicable

   Monthly earnings: 0

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   I was receiving disibility benefits

   Date last worked: N/A
   Monthly earnings: N/A

3. Have you received within the past twelve months any money from any of the following sources?
   (a) Business, profession, or any form of self-employment?        Yes ____ No X
   (b) Interest, dividends, rents, or investment income of any kind?   Yes ____ No X

1

| | | | |
|---|---|---|---|
| (c) | Pensions, annuities, or life insurance payments? | Yes ___ | No X |
| (d) | Gifts or inheritances? | Yes X | No ___ |
| (e) | Any other sources? | Yes ___ | No X |

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

I recieved about $220, in the last 12 months to buy, Personal Hygiene, while Incarcerated.

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ 0

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?                                Yes ___   No X

If the answer is "yes," describe the property and state its approximate value:

Not applicable

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

Not applicable

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 7/25/06                                                     Betty Mae Shipp
                                                                    SIGNATURE OF PLAINTIFF

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and must include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

## CERTIFICATION

I hereby certify that prisoner __Betty Mae Shipp__ has been incarcerated in this institution since _____, 19____, and that he has the sum of $ __0__ in his prison or jail trust account on this the __27__ day of __July__ __2006__. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | | $ | $ |
| Month 2 | | $ | $ |
| Month 3 | | $ | $ |
| Month 4 | | $ | $ |
| Month 5 | | $ | $ |
| Month 6 | | $ | $ |
| Current month (if less than full month) | | $ | $ |

*See Attached Information on Inmate Betty Mae Shipp AIS # 198098   7/27/06*

__P Johnson__
Signature of Authorized Officer of Institution

__Tutwiler Prison__
Name of Institution

4

```
                    STATE OF ALABAMA
                  DEPARTMENT OF CORRECTIONS
                     TUTWILER PRISON
```

*R. Robinson 7/27/06*

AIS #: 198098        NAME: SHIPP, BETTY MAE              AS OF: 07/27/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUL | 4 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $11.06 | $342.90 |
| FEB | 28 | $210.99 | $0.00 |
| MAR | 31 | $79.93 | $60.00 |
| APR | 30 | $28.07 | $60.00 |
| MAY | 31 | $13.33 | $80.00 |
| JUN | 30 | $2.18 | $20.00 |
| JUL | 27 | $0.40 | $0.00 |