Your Honorable Courts, I Betty Mae Shipp filed a civil complaint in your district, named Case # 2:06cv1500-RRA, and I beg for a change of venue, from this district to the middle District. Could you please forward my complaint to: Clerck of the United States District Court P.O. Box 711, Montgomery, Alabama 36101

Thanks for your consideration

Betty Mae Shipp
198098 D-9
8966 US Hwy 231
Wetumpka, AL
36092

Sworn and subscribed before me on this the ___ day of _____.
200__. My commission expires _____.

_____
Notary Public