# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BETTY MAE SHIPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:06-cv-01500-BE-RRA |
| | ) |
| SHAWN SMITH, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The magistrate judge filed a report and recommendation on August 15, 2006, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED that this case be TRANSFERRED to the United States District Court for the Middle District of Alabama for further proceedings.

DONE this the 11th day of September 2006.

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

BY: _____
            DEPUTY CLERK

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE