IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY MAE SHIPP, #198098, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-853-MHT |
| | ) |
| SHAWN SMITH, et al., | ) |
| | ) |
|     Defendants. | ) |

### ORDER

Upon review of the file in this case, and for good cause, it is

**ORDERED** that **on or before November 17, 2006 the plaintiff shall show cause why her complaint should not be dismissed for her failure to pay the initial partial filing fee in compliance with the orders entered in this case**. In filing her response, the plaintiff shall advise the court of whether she authorized prison officials to withdraw funds from her prison account for payment of the initial partial filing fee or whether she has simply chosen not to submit the filing fee.

The plaintiff is *cautioned* that if she fails to file a response to this order the undersigned will recommend that this case be dismissed.

Done this   1st   day of November, 2006.

                                            **/s/ Delores R. Boyd**
                                            DELORES R. BOYD
                                            UNITED STATES MAGISTRATE JUDGE