IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BETTY MAE SHIPP, #198098, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06-CV-853-MHT |
| | ) | |
| SHAWN SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On November 1, 2006, this court entered an order, a copy of which the Clerk mailed to the plaintiff. This order could not be delivered because the plaintiff no longer resided at the address she had provided for service. As the administration of this case cannot proceed if the plaintiff's whereabouts remain unknown to this court, it is

ORDERED that on or before November 17, 2006 the plaintiff shall provide the court with her current address.

The plaintiff is specifically cautioned that if she fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 7th day of November, 2006.

　　　　　　　　　　　　　　　/s/ Delores R. Boyd
　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE