IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY MAE SHIPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-853-MHT-DRB |
| | ) [WO] |
| | ) |
| SHAWN SMITH, et al., | ) |
| | ) |
| Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On August 1, 2006, Betty Mae Shipp ["Shipp"], a state inmate, filed this 42 U.S.C. §1983 action challenging actions which occurred on December 30, 2005 during pre-arrest altercations with defendants Shawn Smith, a deputy of the Autauga County Sheriff's Department, and Phillip Taylor, a state trooper. On November 1, 2006, this court entered an order, a copy of which the Clerk mailed to Shipp. The postal service returned this order to the court because Shipp no longer resided at the address she had provided for purposes of service. In light of the foregoing, the court entered an order requiring that on or before November 17, 2006 Shipp show cause why this case should not be dismissed for her failure to inform the court of her present address. *See Order of November 7, 2006 - Court Doc. No. 9.* The court specifically cautioned Shipp that her failure to comply with the directives of this order would result in a recommendation that this case be dismissed. *Id*. The plaintiff has filed nothing in response to the November 7, 2006 order. The court therefore concludes

that this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to prosecute this action. It is further

**ORDERED that on or before December 5, 2006 the parties may file objections to the Recommendation**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 21st day of November, 2006.

/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE