```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001437
Cashier ID: cstrecke
Transaction Date: 12/06/2007
Payer Name: JULIA TUTWILER PRISON
-----------------------------------
PLRA CIVIL FILING FEE
 For: BETTY MAE SHIPP
 Case/Party: D-ALM-2-06-CV-000853-001
 Amount:         $12.06
-----------------------------------
CHECK
 Remitter: JULIA TUTWILER PRISON
 Check/Money Order Num: 29840
 Amt Tendered:  $12.06
-----------------------------------
Total Due:      $12.06
Total Tendered: $12.06
Change Amt:     $0.00
```

DALM206CV000853-001

JULIA TUTWILER PRISON

FOR BETTY MAE SHIPP

8966 HWY 231 NORTH

WETUMPKA, AL  36092-5343