```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004460
Cashier ID: khaynes
Transaction Date: 03/28/2008
Payer Name: JULIA TUTWILER PRISON
------------------------------------
PLRA CIVIL FILING FEE
 For: BETTY MAE SHIPP
 Case/Party: D-ALM-2-06-CV-000853-001
 Amount:         $49.20
------------------------------------
CHECK
 Check/Money Order Num: 30121
 Amt Tendered:  $49.20
------------------------------------
Total Due:      $49.20
Total Tendered: $49.20
Change Amt:     $0.00
```